**Andrew B. Nichols**
**State Bar No. 14993220**
**Andrew Nichols & Associates, PLLC**
**7920 Belt Line Road, Suite 650**
**Dallas, Texas 75254**
**(214) 999-1313 - Telephone**
**(469) 533-5870 - Facsimile**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| | § | |
| **JINGRUI LU** | § | |
| | § | **Case No. 26-41492-ELM-13** |
| **Debtor** | § | |

**MOTION TO WITHDRAW AS COUNSEL FOR DEBTOR**

TO THE HONORABLE EDWARD L. MORRIS, U.S. BANKRUPTCY JUDGE:

NOW COMES Andrew B. Nichols and files this Motion to Withdraw for Debtor and would show this Court as follows:

1. The Debtor(s) filed a Voluntary Petition under Chapter 13 of the bankruptcy code on March 31, 2025.

2. After repeated requests, Debtor has failed to deliver tax returns and other financial documents required in this case.

3. The attorney-client privilege doctrine limits the extent of the factual background which can be described to this court. The communication between attorney and client has deteriorated to such a degree that the undersigned can no longer work effectively with Debtor.

4. Debtor's non-filing spouse continues to make demands for information in this case. Debtor's non-filing spouse is not represented by Andrew Nichols & Associates, PLLC. He has consistently called the undersigned imposing unreasonable deadlines for responses to various matters. He has berated the undersigned counsel's paralegal after being informed that counsel was not available to immediately respond to his requests.

5. Debtor and her non-filing spouse continue to ignore the advice of counsel and continue to focus on matters that are not as time sensitive as the delivery of tax returns, bank account statements and the like.

Wherefore Movant prays this Court enter an order providing for withdrawal of Andrew Nichols & Associates, PLLC.

Respectfully submitted,

ANDREW NICHOLS & ASSOCAITES, PLLC
7920 Belt Line Road, Suite 650
Dallas, Texas 75254
(214) 999-1313
(469) 533-5870 - Facsimile
a_nichols_law@protonmail.com

By: /s/Andrew B. Nichols
Andrew B. Nichols
State Bar No. 14993220

ATTORNEY FOR DEBTOR(S)

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing Motion to Substitute Counsel for Debtor was served August 27,2026 electronically upon the persons shown below:

lu.jingrui@gmail.com

Pam Bassel (NRH)
Standing Chapter 13 Trustee

6851 NE Loop 820
Ste 300
North Richland Hills, TX 76180
341docs@ch13ftw.com

Camille Stecker
Linebarger Goggan Blair & Sampson, LLP
3500 Maple Avenue
Suite 800
Dallas, TX 75219
Camille.Stecker@lgbs.com

Jeffrey Michael Fleming
Barrett Daffin Frappier LLP
4004 Belt Line Road, Ste 100
Addison, TX 75001
ndecf@BDFGROUP.com

Christopher Lee Harbin
Platt Richmond PLLC
1201 N. Riverfront BLVD.,
SUITE 100 Dallas
Dallas, TX 75207
charbin@plattrichmond.com

Heidi Roskelley
Platt Richmond
1201 N. Riverfront Blvd, Suite 100
Dallas, TX 75207
hroskelley@plattrichmond.com

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75202
214-767-8967
ustpregion06.da.ecf@usdoj.gov

/s/Andrew B. Nichols
Andrew B. Nichols

The undersigned further certifies that a true and correct copy of the foregoing Motion to Substitute Counsel for Debtor was served August 27,2026 by U.S. first class mail upon the persons shown below:

Jingrui Lu
14008 Highmark Sq.
Dallas, TX 75254

Jingrui Lu
5990 Lindenshire Lane
Dallas, TX 75230

/s/Andrew B. Nichols
Andrew B. Nichols